**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**RUSTEM XHEMAJLI,**

       **Plaintiff,**       **26-CV-762 (DEH) (VF)**

   -against-           **ORDER**


**PRITCHARD INDUSTRIES LLC, et al.,**

       **Defendants.**

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

  This case was referred to the undersigned for general pretrial supervision. See ECF No. 5. Plaintiff properly served Defendants with a complaint and summons on **February 4, 2026**. See ECF No. 6. Defendants' answer was due on **February 25, 2026**, as set forth in Rule 12(a) of the Federal Rules of Civil Procedure.

  Defendants are directed to file their answer or otherwise request an extension by **March 31, 2026**. Defendants are further advised that failure to file an answer or otherwise appear to defend the claims may result in a default judgment under Rule 55 of the Federal Rules of Civil Procedure. Plaintiff is also directed to serve a copy of this order on Defendants.

    **SO ORDERED.**

DATED:  New York, New York
     March 10, 2026

            _____
            VALERIE FIGUEREDO
            United States Magistrate Judge