**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

**RUSTEM XHEMAJLI,**

                          **Plaintiff,**    **26-CV-762 (DEH) (VF)**

        **-against-**    **ORDER**


**PRITCHARD INDUSTRIES LLC, et al.,**

                         **Defendants.**

-------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

By **Friday, June 5, 2026**, Defendants are directed to file a letter indicating whether they are interested in a referral to the Court's mediation program.

Plaintiff's time to respond to Defendants' motion to dismiss (ECF No. 14) is extended to **Monday, June 29, 2026** (see ECF No. 17).

                **SO ORDERED.**

DATED:    New York, New York
           May 29, 2026

                                   _____
                                   VALERIE FIGUEREDO
                                   United States Magistrate Judge