# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**June 29, 2026**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

**Re: Xhemajli v. Pritchard Industries LLC et al**
**Case No. 26-CV-00762 (DEH)(VF)**
**Motion for Extension of Time**

Dear Judge Ho:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a extension of the deadline for Plaintiff's opposition to Defendant's motion to two weeks after the completion of mediation. This request is being made because the parties are in the process of scheduling their first mediation session with a mediator from this Court's mediation panel. If the case is settled, I will notify the Court promptly.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 11, 2026**

The extension is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.
~~~~~