# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**August 23, 2026**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

**Re: Xhemajli v. Pritchard Industries LLC et al**
**Case No. 26-CV-00762 (DEH)(VF)**
**Motion for Extension of Time**

Dear Judge Ho:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request an extension of the deadline for Plaintiff's opposition to Defendant's motion to September 22, 2026. This request is being made because the parties participated in a mediation on August 11, 2026 and have not reached a settlement at this time, but are exploring other options to see if the case can still be resolved and build on the progress made at the mediation, including entertaining a mediator's proposal for the parties' consideration. If the case is settled, I will notify the Court promptly. One prior request for an extension of this deadline was made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:** **Defense Counsel via ECF**

Application **GRANTED**. The parties shall adhere to the schedule set forth herein.

The Clerk of Court is respectfully directed to close ECF No. 23.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: August 24, 2026
New York, New York
~~~~~