# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427
~~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
***Employment and Labor Lawyer***

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com


**September 17, 2026**

**Via ECF**

Hon. Dale E. Ho, USDJ
United States District Court, SDNY
40 Foley Square,
New York, NY 10007

**Re: Xhemajli v. Pritchard Industries LLC et al**
**Case No. 26-CV-00762 (DEH)(VF)**
**Motion for Extension of Time**

Dear Judge Ho:

My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the September 22, 2026, deadline for Plaintiff's opposition to Defendant's motion. This request is being made because the mediator recently reached out to the parties again and it appears that counsel for Defendant is traveling based on his auto response email message and the parties need some additional time to confer. If the case is settled, I will notify the Court promptly. Two prior requests for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

_/s/ Abdul Hassan_____________
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc: Defense Counsel via ECF**

Application **GRANTED**. The parties will adhere to the deadline set forth herein. No further extensions will be granted absent compelling circumstances.

The Clerk of Court is respectfully directed to close ECF No. 25.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: September 18, 2026
New York, New York
~~~~~