**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**RUSTEM XHEMAJLI,**

**Plaintiff,**

**26-CV-762 (DEH) (VF)**

**-against-**

**ORDER**

**PRITCHARD INDUSTRIES LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The parties are directed to provide a joint update on the status of discovery by **Friday, November 6, 2026**.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge